```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46146
   LUCIO M VIVAR
   ZENAIDA L VIVAR                          CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0809     SSN XXX-XX-0808

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/15/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
FDS BANK/BLOOMINGDALES     UNSECURED         3025.48         .00          302.55
FDS BANK/BLOOMINGDALES     UNSECURED         7537.95         .00          753.80
CCO MORTGAGE               CURRENT MORTG        .00          .00             .00
DAIMLER CHRYSLER FINANCI   SECURED          24891.76      3686.90       24891.76
DAIMLER CHRYSLER FINANCI   UNSECURED         3360.73         .00          336.07
INTERNAL REVENUE SERVICE   SECURED         163500.00         .00       163500.00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED         .00             .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED         .00             .00
IRS TAX DIVISION           NOTICE ONLY     NOT FILED         .00             .00
DEPT OF TREASURY           NOTICE ONLY     NOT FILED         .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED         .00             .00
IRS                        NOTICE ONLY     NOT FILED         .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED        41923.89         .00         4192.39
ECAST SETTLEMENT CORP      UNSECURED        38867.80         .00         3886.78
ECAST SETTLEMENT CORP      UNSECURED         8850.64         .00          885.06
CHASE MASTERCARD           UNSECURED       NOT FILED         .00             .00
SHERMAN ACQUISITION        UNSECURED         5279.21         .00          527.92
CITIFINANCIAL WICKES       UNSECURED       NOT FILED         .00             .00
DINERS CLUB                UNSECURED       NOT FILED         .00             .00
MARSHALL FIELDS            UNSECURED        18404.71         .00         1840.47
MARSHALL FIELDS            UNSECURED       NOT FILED         .00             .00
MBNA AMERICA               UNSECURED       NOT FILED         .00             .00
NEIMAN MARCUS              UNSECURED         6990.87         .00          699.09
SMC                        UNSECURED         1106.54         .00          110.65
BLOOMINGDALE VISA          UNSECURED       NOT FILED         .00             .00
INTERNAL REVENUE SERVICE   UNSECURED        58307.62         .00         5830.76
BANK OF AMERICA NA         UNSECURED       NOT FILED         .00             .00
DAIMLER CHRYSLER SERVICE   NOTICE ONLY     NOT FILED         .00             .00
MARSHALL FIELDS            UNSECURED            .00          .00             .00
MELVIN J KAPLAN            DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                      12,456.28
DEBTOR REFUND              REFUND                                          837.52

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 46146 LUCIO M VIVAR & ZENAIDA L VIVAR
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  224,738.00

PRIORITY                                               .00
SECURED                                         188,391.76
    INTEREST                                      3,686.90
UNSECURED                                        19,365.54
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                             12,456.28
DEBTOR REFUND                                       837.52
                         ---------------       ---------------
TOTALS                   224,738.00             224,738.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/17/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |